DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH EUGENE RASKA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-2968, 4D20-324

[May 14, 2020]

Consolidated appeals from orders denying rule 3.800 and 3.850 motions from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502009CF000393-AXXX-MB.

Keith Eugene Raska, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***